# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION**

CV 11-01697 JW

MDL No. 2184

(SEE ATTACHED SCHEDULE)

HRL

## CONDITIONAL TRANSFER ORDER (CTO−4)

On August 17, 2010, the Panel transferred 6 civil action(s) to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 733 F.Supp.2d 1381 (J.P.M.L. 2010). Since that time, 2 additional action(s) have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable James Ware.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Ware.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of August 17, 2010, and, with the consent of that court, assigned to the Honorable James Ware.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Mar 30, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: GOOGLE INC. STREET VIEW**
**ELECTRONIC COMMUNICATIONS**
**LITIGATION**

MDL No. 2184

## SCHEDULE CTO−4 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

PENNSYLVANIA EASTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| PAE | 2 | 11−01883 | LACERTE v. GOOGLE, INC. |

SPECIAL

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-01883-JHS

CV11-01697 JW

LACERTE v. GOOGLE, INC.
Assigned to: HONORABLE JOEL H. SLOMSKY
related Case: 2:10-cv-02649-JHS
Cause: 18:2710 Electronic Communication Protection Act (ECPA)

Date Filed: 03/16/2011
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

HRL

**Plaintiff**

**ERIC LACERTE**
*ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

represented by **NOAH I. AXLER**
DONOVAN SEARLES & AXLER
1845 WALNUT STREET
SUITE 1100
PHILADELPHIA, PA 19103
215-732-6067
Fax: 215-7328060
Email: naxler@donovansearles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GOOGLE, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2011 | 1 | COMPLAINT against GOOGLE, INC. ( Filing fee $ 350 receipt number 039741.), filed by ERIC LACERTE. (Attachments: # 1 Civil Cover Sheets)(tj, ) (Entered: 03/17/2011) |
| 03/16/2011 | | Summons Issued as to GOOGLE, INC.. Forwarded To: Counsel on 3/17/11 (tj, ) (Entered: 03/17/2011) |
| 03/16/2011 | | DEMAND for Trial by Jury by ERIC LACERTE. (tj, ) (Entered: 03/17/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/04/2011 13:48:01 | | |
| **PACER Login:** us4077 | **Client Code:** | snooki |

| Description: | Docket Report | Search Criteria: | 2:11-cv-01883-JHS |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |